IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MODERN PORTABLE REFRIGERATION, LLC,** *Plaintiff,* v. **TEMPERATSURE LLC d/b/a NORDIC COLD CHAIN SOLUTIONS.,** *Defendant.* | : : : : : : : : : : : | CIVIL ACTION<br><br>No.   21-2423 |

# ORDER

**AND NOW**, this 14th day of October, 2021, upon consideration of the Plaintiff's Motion to Remand (ECF No. 25) and Defendant's Response in Opposition (ECF No. 29), it is **ORDERED** that the Motion to Remand (ECF No. 25) is **GRANTED**. This Action is hereby **REMANDED** to the Court of Common Pleas of Philadelphia County.

The Clerk of the Court shall mail a certified copy of the order of remand to the clerk of the State court. The State court may thereupon proceed with this case.

**BY THE COURT:**

/s/ **Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**